# United States Court of Appeals
## For the First Circuit

No. 08-2381

DONNA CUSSON,

Plaintiff, Appellant,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON;
and THE FLEETBOSTON FINANCIAL CORPORATION
LONG-TERM DISABILITY PLAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on January 14, 2010, is amended as follows:

On page 31, line 8, change "May 4, 2004" to "May 7, 2004"